[No. 7712.]

CAMELIN V. SMITH.

1. BILL OF EXCEPTIONS—*Who May Authenticate*—A bill of exceptions signed by the successor in office of the judge presiding at the trial, stricken from the record.

2. NEW TRIAL—*Who May Allow*—By the weight of authority the successor in office of the judge before whom a cause was tried, may decide a motion for a new trial, in the absence of a statutory provision to the contrary.

*Error to Sedgwick County Court.*—Hon. R. J. DOBELL, Judge.

Mr. A. F. PERRIER and Mr. E. C. STIMSON, for plaintiff in error.

Messrs. ROLFSON & HENDRICKS, for defendant in error.

Mr. JUSTICE GARRIGUES delivered the opinion of the court:

1. An examination of the purported bill of exceptions, shows that it was signed by the succeeding judge, and not by the trial judge. The motion to strike it from the files will therefore be sustained.—*Fechheimer v. Trounstien,* 12 Colo. 282; *Empire L. & C. Co. v. Engley,* 14 Colo. 289; *Water Supply Co. v. Tenney,* 21 Colo. 284.

2. The remaining question, is whether the succeeding judge should, as a matter of right, have sustained the motion for a new trial. By the weight of modern authority, the

succeeding judge, presiding over the same court, may decide a motion for a new trial in the absence of a statute to the contrary.—*People ex rel. Hambel v. McConnell,* 155 Ill. 192.

*Affirmed.*

CHIEF JUSTICE CAMPBELL and Mr. JUSTICE MUSSER concur.